Case Number: __AT 3330-0083__

Location of Search:
York County Parcel 599-000-00-16

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | Red Metal stand with two black collars |
| 2 | blue nylon rope with shock absorber |
| 3 | red whip style teaser with brown toy |
| 4 | Black and yellow weight vest |
| 5 | two packages of "Hot Heffa" by South Bottom Kennels |
| 6 | One scale attached to harness from ceiling rafter |
| 7 | Two black break sticks from inside shed |
| 8 | one black break stick from outside wooden fence area |
| 9 | one black game winner scale |
| 10 | one orange crane scale |
| 11 | NFZ Wound Dressing |
| 12 | Sure Grow 100 chewable tablets |
| 13 | Nutri Vet Aspirin |
| 14 | Curicyn Wound Care Clay |
| 15 | K9 Power Super Fuel |
| 16 | Ivermax Ivermectin |
| 17 | Happy Jack Seal and Heal |
| 18 | Albon Oral Suspension Sulfadimethoxine |
| 19 | Vitamin K1 Injection |
| 20 | aspen Pen-Aqueous Penicilin |
| 21 | Worm Protector 2x |
| 22 | Dianabol |
| 23 | Safe-guard Equine Dewormer |
| 24 | Winstrol-V |
| 25 | 100 ml Dianabol |
| 26 | 15 Pitt Bull Type Dogs |

On September 25, 2022 at 1555 hours, this inventory was prepared and a copy was provided in the following manner:

\_\_\_\_ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

 X  A copy of this inventory was provided to the following person:

Name: Alethea Watson                           Signature:
Address: 2027 Wilcat Creek Road, Rock Hill, S.C.

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _____     Witness: _____

Printed Name: _____          Printed Name: _____

*[signature]*                                  Date: 2022.10.25 09:01:09 -04'00'